In the Matter of ANTONIO VELEZ, Petitioner, v JAMES A. MANCE, Superintendent, Marcy Correctional Facility, New York State Department of Correctional Services, Respondent. [893 NYS2d 784]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Anthony F. Shaheen, J.], entered August 14, 2009) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Scudder, P.J., Fahey, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TALMADGE STREETER, Appellant. [893 NYS2d 798]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered September 26, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Lindley and Green, JJ.